

# Memorandum

| Subject | Date |
|---|---|
| UNSEALING | NOVEMBER 24, 2025 |
| U.S. v. HOBERT RUPE, BRENT ZYWIEC, DAN THOAMS, and SHANE ZYWIEC 4:25CR3083 | |

| To | From |
|---|---|
| CLERK, U.S. DISTRICT COURT DISTRICT OF NEBRASKA | JULIE ANN M. MRUZ, AUSA |

Be advised that the above-named Defendants are now in custody.  You may unseal as follows, pursuant to Fed. R. Crim. P. 6(e)(4):

☒ Unseal the Superseding Indictment

☐ Unseal the Magistrate Case

☐ Unseal the Indictment but the underlying Complaint and Affidavit should remain **Restricted**

☐ Unseal the Magistrate Case but the underlying Complaint and Affidavit should remain **Restricted**